## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

IN RE: DAVID HEJNOWSKI     )
    )     **Case No:**    **19-05810**
    )     **Judge:**      **SCHMETTERER**
    )     **Chapter**     **7**
     **Debtor(s)**     )
    )

### NOTICE OF MOTION

TO:   DAVID HEJNOWSKI. 3258 N. Harlem Ave #403. Chicago, IL 60634
Miriam R. Stein. Chuhak & Tecson, P.C. 30 S/ Wacker Drive #2600 Chicago, IL 60606 (electronic notice)
Patrick S. Layng. U.S. Trustee. 219 S. Dearborn St., #873, Chicago, IL 60604 (electronic notice)
Please see attached service list.

PLEASE TAKE NOTICE that on the 8 th of August 2019, at 10:00 A.M. or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Schmetterer or any other Bankruptcy Judge presiding in his or her place in Courtroom 682 of 219 S. Dearborn, Chicago, Illinois, on the attached <u>Debtor's Motion to Reopen Debtor's Chapter 7 Case for the Limited Purpose of Filing a Personal Financial Management Course Certificate and to Reinstate the Order of Discharge and Close the Case</u> and shall request that the attached Order be entered, at which time you may appear if so desired.

### PROOF OF SERVICE

The undersigned does hereby certify that a copy of this Notice and Motion was mailed to the above persons, at their respective addresses, postage prepaid, by depositing in the U.S. Mail at 2 W. Talcott Rd., Park Ridge, Illinois 60068, before 6:00 p.m. on or before July 25, 2019.

Michael J. Worwag #6256887
Worwag & Malysz, P.C.
2 W. Talcott Rd., #32.
Park Ridge, IL 60068
847-954-2350

Barclays Bank Delaware
Attn: Correspondence
Po Box 8801
Wilmington, DE 19899

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Cavalry
PO Box 520
Valhalla, NY 10595

Cavalry Portfolio Services
Attn: Bankruptcy Department
500 Summit Lake Ste 400
Valhalla, NY 10595

Chase Card Services
Attn: Bankruptcy
Po Box 15298
Wilmington, DE 19850

Citi/Sears
Citibank/Centralized Bankruptcy
Po Box 790034
St Louis, MO 63179

CKB Firm
30 N. LaSalle St #1520
Chicago, IL 60602

Discover Financial
Po Box 3025
New Albany, OH 43054

ERC
PO Box 23870
Jacksonville, FL 32241

First National Bank
Attn: Bankruptcy
1620 Dodge St Mailstop 4440
Omaha, NE 68197

Kohn Law Firm SC
735 N. Water ST #1300
Milwaukee, WI 53202


Nationwide Credit
P.O. Box 10354
Des Moines, IA 50306


Nissan Motor Acceptance Corp/Infinity
Attn: Bankruptcy
Po Box 660360
Dallas, TX 75266


PNC Bank
Attn: Bankruptcy Department
Po Box 94982: Mailstop Br-Yb58-01-5
Cleveland, OH 44101


US Bank
PO Box 108
Saint Louis, MO 63166

### IN THE UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

|  |  |  |  |
|---|---|---|---|
| IN RE: DAVID HEJNOWSKI | ) | **Case No:** | **07-19265** |
|  | ) | **Judge:** | **SCHMETTERER** |
|  | ) | **Chapter** | **7** |
|  | ) |  |  |
| Debtor(s) | ) |  |  |
|  | ) |  |  |

### <u>MOTION TO REOPEN DEBTOR'S CHAPTER 7 CASE FOR THE LIMITED PURPPOSE OF FILING A PERSONAL MANAGEMENT COURSE CERTIFICATE AND TO REINSTATE THE ORDER OF DISCHARGE AND CLOSE THE</u>

Now comes DAVID HEJNOWSKI (hereinafter referred to as "DEBTOR"), by and through her attorney, Michael J. Worwag, and moves this Honorable Court for entry of an Order to Reopen Debtor's Chapter 7 Case, and in support thereof, respectfully represents as follows:

1. Debtor filed petition for relief pursuant to Chapter 7 of Title 11 U.S.C. on March 5, 2019.

2. The first 341 Meeting of Creditors was held on April 11, 2019.

3. A No Asset Report was issued on April 24, 2019.

4. The Debtor is required to take the Personal Financial Management Course under Title 11 U.S.C. 109(h).

5. The Debtors case was closed without discharge on June 14, 2019 for failing to complete the Personal Financial Management Course.

6. The Debtor completed the Personal Financial Management Course on June 18, 2019. Debtor's certificate of completion was filed with the Clerk of the Bankruptcy Court on June 18, 2019.  Attached as Exhibit A is a copy of the Certificate.

7. Debtor need the case to be reopened so the Personal Financial Management Course Certificate can be filed  with the court so the Debtor can receive Discharge.

WHEREFORE, DEBTOR prays that this Honorable Court order Debtor's case be reopen and for such other and further relief as this court holds just and proper.

Respectfully submitted,

Michael J. Worwag #6256887
Worwag & Malysz, P.C.
2 W. Talcott Rd., #32
Park Ridge, IL 60068
847-954-2350

Fill in this information to identify your case:

Debtor 1        David Hejnowski
                First Name          Middle Name          Last Name

Debtor 2
(Spouse if, filing)    First Name    Middle Name          Last Name

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number    19-05810
(if known)

## Official Form 423
## Certification About a Financial Management Course          12/15

If you are an individual, you must take an approved course about personal financial management if:
- you filed for bankruptcy under chapter 7 or 13, or
- you filed for bankruptcy under chapter 11 and § 1141 (d)(3) does not apply.

In a joint case, each debtor must take the course. 11 U.S.C. §§ 727(a)(11) and 1328(g).

After you finish the course, the provider will give you a certificate. The provider may notify the court that you have completed the course. If the provider does notify the court, you need not file this form. If the provider does not notify the court, then Debtor 1 and Debtor 2 must each file this form with the certificate number before your debts will be discharged.

- If you filed under chapter 7 and you need to file this form, file it within 60 days after the first date set for the meeting of creditors under § 341 of the Bankruptcy Code.
- If you filed under chapter 11 or 13 and you need to file this form, file it before you make the last payment that your plan requires or before you file a motion for a discharge under § 1141(d)(5)(B) or § 1328(b) of the Bankruptcy Code. Fed. R. Bankr. P. 1007(c).

In some cases, the court can waive the requirement to take the financial management course. To have the requirement waived, you must file a motion with the court and obtain a court order.

### Part 1:  Tell the Court About the Required Course.

You must check one:

☑  I completed an approved course in personal financial management:

    Date I took the course          6/18/19

    Name of approved provider        Sage Personal Finance

    Certificate Number               05781-ILN-DE-032987974

☐  I am not required to complete a course in personal financial management because the court has granted my
    motion for a waiver of the requirement based on (check one):

    ☐  Incapacity.    I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about
                      finances.

    ☐  Disability.    My physical disability causes me to be unable to complete a course in personal financial management in person, by
                      phone, or through the internet, even after I reasonably tried to do so.

    ☐  Active duty.   I am currently on active military duty in a military combat zone.

    ☐  Residence.     I live in a district in which the United States trustee (or bankruptcy administrator) has determined that the approved
                      instructional courses cannot adequately meet my needs.

### Part 2:  Sign Here

I certify that the information I have provided is true and correct.

/s/ David Hejnowski                              David Hejnowski              Date    June 18, 2019
Signature of debtor named on certificate         Printed name of debtor



Certificate Number: 05781-ILN-DE-032987974

Bankruptcy Case Number: 19-05810

05781-ILN-DE-032987974

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 18, 2019, at 3:09 o'clock PM PDT, David Hejnowski completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Illinois.

Date:   June 18, 2019                      By:   /s/Allison M Geving

                                          Name:   Allison M Geving

                                          Title:   President